# United States District Court
## Violation Notice

CS 60

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6515969 | B. Phillips | 6005 |

6515969

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 3/18/17 | 36 CFR 2.2(a)(2) |

Place of Offense

Cabrillo National Monument

Offense Description: Factual Basis for Charge          HAZMAT ☐

Disturbance of wildlife in a closed area - Marine Mammals

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Moreno | John | — |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | CA | | Honda Civic | | Black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 200    Forfeiture Amount
+ $30   Processing Fee

PAY THIS AMOUNT →   $ 230   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)                    Original - CVB Copy

CVB SCAN APR 19, 2017 11:21

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

_____ my personal observation          _____ my personal investigation

_____ information supplied to me from my fellow officer's observation

_____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN APR 19, 2017 1:21